## SUMMERS v. LIPSCOMB.

### No. 9954.

Court of Civil Appeals of Texas. San Antonio.

Jan. 27, 1937.

Roland &·Mooberry, of Brownsville, for plaintiff in error.

H. L. Faulk, of Brownsville, for defendant in error.

MURRAY, Justice.

This cause has been regularly submitted in this court, but neither plaintiff in error nor defendant in error has filed written briefs, as required by article 1848, R.C.S. 1925, as amended (Vernon's Ann.Civ.St. art. 1848), and Rules 22 and 38 for Courts of Civil Appeals.

Such failure to file briefs requires that the appeal be dismissed for want of prosecution. Rule 38, supra.

Accordingly, the appeal will be dismissed.